UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

A.K., individually and on behalf of the minor child, J.K.,

                                    Plaintiff,

– against –

New York City Department of Education,

                                    Defendant.
-------------------------------------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**

23-cv-10575 (PAE)(KHP)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii).

Dated:    New York, New York
             May 5th, 2024

**Law Offices of Irina Roller, PLLC**
*Attorney for Plaintiff*
40 Wall Street, 28th Fl
New York, NY 10005
(212) 688-1100
hearings@rolleresq.com

By: _____
    Irina Roller, Esq.

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the City of New York
*Attorney for Defendant*
100 Church Street, 2nd Fl
New York, New York 10007
(212) 356-2456
MMoraru@law.nyc.gov

By: *Marina Moraru*
    Marina Moraru, Esq.